IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND<br>NICK AQUINO, REVENUE OFFICER<br>INTERNAL REVENUE SERVICE,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHANMONY TRAY,<br><br>　　　　　Defendant. | C.A. NO. 02-CV-3994 |

NOTICE OF VOLUNTARY DISMISSAL

The complaint and application for order to show cause having been filed by the United States in this civil action seeking enforcement of an Internal Revenue Service summons, and the Court having issued an Order to Show Cause, and the Complaint and Order to Show Cause having been served, and defendant having complied with the summons to the satisfaction of the Internal Revenue Service, and the defendant having filed neither answer nor motion for summary judgment in response to the complaint, the plaintiffs United States of America and Nick Aquino Revenue Officer, by and through their undersigned attorney, do hereby notice the voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

          Respectfully submitted,

          PATRICK L. MEEHAN
          United States Attorney


          _____
          PAUL G. SHAPIRO
          Assistant United States Attorney
          United States Attorney's Office
          615 Chestnut Street
          Suite 1250
          Philadelphia, PA 19106-4476
          (215) 861-8325

Dated: July 16, 2002